No. 73–1018. UNITED STATES *v.* MAZURIE ET AL. C. A. 10th Cir. [Certiorari granted, 415 U. S. 947.] Motion

of respondents to dismiss writ of certiorari denied. Motion of the State of Wyoming for leave to participate in oral argument as *amicus curiae* granted.